UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br> )<br>         v.          )<br>**JEFFREY REGISTER,**          )<br> )<br>         **Defendant.**          )<br>_____) | No.   **21-cr-00349 (TJK)** |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

Mr. Jeffrey Register, through undersigned counsel, and joined with the United States Attorney for the District of Columbia, request that the status conference currently scheduled for July 15, 2021 at 11:30 a.m. be continued for 90 days, and time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  In support, the parties submit as follows:

1. On March 19, 2021, Mr. Register was charged via criminal complaint with one count of Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. 1752(a)(1); one count of Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); one count of Violent Entry and Disorderly Conduct on Capitol Grounds, in violation of 40 U.S.C. 5104(e)(2)(D), and one count of Violent Entry and Disorderly Conduct on Capitol Grounds, in violation of 40 U.S.C. 5104(e)(2)(G).  *See* ECF No. 1.

2. On April 27, 2021, Mr. Register was arrested in his home jurisdiction of Florida.  *See* ECF No. 5.

1

3. On April 30, 2021, Mr. Register had his Initial Appearance in U.S. District Court for the District of Columbia where he was released on his personal recognizance subject to conditions.  *See* ECF No. 8.

4. On May 10, 2021, the government filed an information charging Mr. Register with the same offenses listed above.  *See* ECF No. 9.

5. On May 18, 2021, this Court arraigned Mr. Register on the information, and set a status conference for July 15, 2021 at 11:30 a.m.  *See* Minute Entry.

6. Since May 18, 2021, the parties agreed to a protective order governing the dissemination of discovery and disclosure of sealed material.  *See* ECF Nos. 12, 13, & 14.

7. Recently, the government released a large amount of discovery in the case.  The amount of discovery is voluminous, and with current caseloads, will take more than two weeks to review.  Additionally, even after defense counsel reviews the discovery, arrangements will still need to be made to allow Mr. Register to do so, pursuant to the protective order.

8. Additionally, the parties have begun preliminary negotiations about a pre-trial disposition, but need additional time to work through options and approvals, with substantive discussions not being able to take place until after both defense counsel and Mr. Register have had a chance to fully review the discovery.

9. Accordingly, the parties now jointly move this Court to continue the status conference, currently scheduled for July 15, 2021, for a period of 90 days.  Such a continuance will allow for the continued provision and review of discovery, as well as allow the parties to continue discussions regarding a possible resolution of this matter short of trial.

10. The parties are available anytime during the week of October 11, 2021, if the Court's schedule is agreeable.

11. The parties also request that time be excluded from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the continued status conference in this matter. The parties submit that a continuance of approximately 90 days is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and defendant in a speedy trial.

WHEREFORE, Mr. Register asks in conjunction with the United States, that this Honorable Court continue the Status Conference currently scheduled for July 15, 2021 at 11:30 a.m. for a period of 90 days, and toll time under the Speedy Trial Act until the new hearing date.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
CARA HALVERSON
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Cara_halverson@fd.org

CHANNING D. PHILLIPS,
ACTING UNITED STATES ATTORNEY

_____/s/_____
WILLIAM DREHER
Assistant U.S. Attorney
U.S. Attorney's Office for the W.D. of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-4579
William.Dreher@usdoj.gov