# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No.   21-cr-00349 (TJK) |
| JEFFREY REGISTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION TO CONVERT STATUS TO PLEA HEARING

Mr. Jeffrey Register, through undersigned counsel, and joined by the United States, requests that this Honorable Court covert the status hearing currently set for October 14, 2021 at 2:00 p.m. to a plea hearing, and as grounds states:

1. On March 19, 2021, Mr. Register was charged by criminal complaint with Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. § 1752(a)(1) and (2); and Violent Entry and Disorderly Conduct on Capitol Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D) and (G).  *See* ECF No. 1.

2. On April 27, 2021, Mr. Register was arrested in his home state of Florida.  *See* ECF No. 5.

3. On April 30, 2021, Mr. Register had an Initial Appearance in the U.S. District Court for the District of Columbia.  At that hearing, Magistrate Harvey released Mr. Register on his personal recognizance, subject to conditions.  *See* ECF No. 8.

4. On May 10, 2021, the government filed a formal information against Mr. Register, charging him with the same violations noted above.  *See* ECF No. 9.

5. On May 18, 2021, this Court arraigned Mr. Register on the information and set a status date.  *See* Minute Entry.

1

6. On July 1, 2021, this Court granted a joint motion to continue the status hearing and ordered that time be excluded under the Speedy Trial Act until October 14, 2021 at 2:00 p.m.  *See* Minute Entry.

7. Subsequent to the granting of that motion, Mr. Register expressed his desire to accept a plea offer tendered by the government.

8. Therefore, the next status date set for October 14, 2021 at 2:00 p.m. is no longer needed, and instead, a plea hearing is requested at that same time and date.

9. Upon this motion's grant, the parties will transmit the plea paperwork to the Court through chambers.

WHEREFORE, Mr. Register asks this Honorable Court to convert the status hearing currently scheduled for October 14, 2021 at 2:00 p.m., to a plea hearing on the same date and time.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Cara Kurtz Halverson
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
cara_halverson@fd.org


CHANNING PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

_____/s/_____
William Kennelly Dreher
U.S. ATTORNEY'S OFFICE
700 Stewart Street
Suite 5220
Seattle, WA 98101
(202) 553-4579
william.dreher@usdoj.gov