UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **v.** | : Cr. No.: 21-cr-00349 (TJK) |
| | : |
| **JEFFREY REGISTER,** | : |
| | : |
| **Defendant.** | : |

## ORDER

Before the Court is a Joint Motion to Convert Status to Plea Hearing. For the reasons set forth therein, it is hereby

**ORDERED** that the current status set for 2:00 p.m. on October 14, 2021 be vacated; and it is further

**ORDERED** that a video conference plea hearing be scheduled for the same date and time.

DATE:

_____
Timothy J. Kelly
United States District Judge