# Exhibit A

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/01/2021

On February 24, 2021, JEFFREY ELSTER REGISTER, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ was interviewed at his place of employment, ▇▇▇▇▇▇▇▇▇▇▇ Jacksonville, FL 32220. After being advised of the identity of the interviewing Agents and the nature of the interview, REGISTER provided the following information:

REGISTER traveled alone to Washington D.C. to show support for President Trump. REGISTER departed for Washington, D.C. on January 05, 2021 and returned to the Jacksonville, FL area on January 07, 2021. REGISTER traveled in his personal vehicle, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. REGISTER claimed to have stayed at a Holiday Inn in Alexandria, VA throughout the duration of his trip. REGISTER attended the President's rally and then proceeded to walk to the U.S. Capitol building. REGISTER left for the Capitol prior to the conclusion of the President's speech.

REGISTER initially denied physically entering into the Capitol building, stating he only made it as far as the scaffolding on the east side of the building. Within the first 20 minutes of being outside the Capitol, REGISTER noticed a man appear to suffer from a heart attack and several people in tactical gear attending to him. Register then noticed groups of people becoming agitated, to the point that they took pieces of fencing and barricades and began to use them as a ladder to climb the scaffolding. Shortly thereafter he saw law enforcement shooting what appeared to be pepperballs and OC spray at the advancing crowd. REGISTER stated that he was not a part of the crowd that initially breached the building and again reaffirmed that he never made entry inside the building. Interviewing Agents then reminded REGISTER that truthfulness in this situation would be in his best interest, at which point REGISTER admitted to physically entering inside the Capitol building. Interviewing Agents then showed REGISTER a photo of himself inside the Capitol, to which he confirmed was him.

| | | | | |
|---|---|---|---|---|
| Investigation on | 02/24/2021 | at | Jacksonville, Florida, United States (In Person) | |
| File # | 266O-JK-3388634 | | Date drafted | 02/24/2021 |
| by | ROTHERMEL BRIAN M, Thomas C. Colalillo | | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

REGISTER climbed the scaffolding, where he saw several people attempting to enter through a broken out window, when he noticed an open door off to the right, at which point he followed a crowd inside through the door. Once inside REGISTER walked towards the left down a hallway that dead ended. Once at the end REGISTER noticed a group a people that appeared to have been stuck in a breezeway, where Capitol Police were attempting to prevent them from reentering. REGISTER claims he stood around observing the police, but at no time was ever asked to leave. REGISTER then proceeded back up the hallway towards his entry point, passing several Officers that he described as cool, as if they were allowing people to be inside. REGISTER stated that he stayed with the crowd as they continued throughout the Capitol. REGISTER claims that at no time did he ever bypass any Officers who were attempting to hold security lines while inside. While pushing further into the building REGISTER came upon a secured doorway, where he could see what he thought to be members of congress on the other side, at which point he thought to himself we made it, now they know we're here. REGISTER then followed a group of individuals into a large bathroom, while inside he heard a loud pop. Upon exiting the bathroom REGISTER noticed a large crowd hovering over a female who appeared to have been shot and was laying on the ground. REGISTER stated it was at that point he realized being inside was wrong and decided to exit the Capitol building. REGISTER estimated to have spent approximately 45 minutes inside before exiting, where he remained outside for approximately another 1.5 hours, before returning to his hotel. Later that night while watching the news in his hotel room, REGISTER saw himself in video footage during a story covering the shooting from inside the Capitol.

REGISTER stated he is not a part of any political groups and did not participate in any prior planning before traveling. REGISTER only informed his father, spouse, daughter and a small group of fantasy football friends of his trip. REGISTER does not have any current social media accounts. REGISTER previously had a Facebook account that he deleted a few months ago, because he felt they were biased in their censorship. REGISTER previously had a Twitter account that he deleted on January 07, 2021. REGISTER claims to also have had a Parlor account, which he has not used since the application was shut down. REGISTER stated that he never made any negative or derogatory statements on any of these platforms. REGISTER did not participate as a part of an organized group or communicate with anyone while at the Capitol.

266O-JK-3388634

Continuation of FD-302 of (U) Interview of JEFFREY ELSTER REGISTER, On 02/24/2021, Page 3 of 3

REGISTER informed interviewing Agents that he was aware that Congress was in session and that they were in the process of certifying the vote. REGISTER stated he felt as though his presence at the Capitol would help affect Congress's decision. REGISTER wished that they were actually able to make it into the House chamber during the certifying process to show their support for President Trump. REGISTER claims to have remained respectful during his time inside the Capitol building. REGISTER did not cause any damage or participate in any violent acts.

In addition to the several photos taken from the exterior of the Capitol building, REGISTER took a few photos and one panoramic video from inside with his personal cell phone. REGISTER stated that he later deleted all interior photos and the video from his phone. REGISTER performed a factory reset of the cellular device hoping that it would permanently delete any evidence showing that he entered into the Capitol building.

Upon conclusion of the interview REGISTER agreed to future contact by the interviewing Agents. TFO Rothermel then contacted REGISTER later that afternoon via telephone and asked REGISTER if he would be willing to provide any photographic evidence from his time at the Capitol. REGISTER then sent TFO Rothermel, via text message, three photos from his trip, two from the exterior of the Capitol building and one depicting his hotel parking pass from the Holiday Inn in Alexandria, VA.