UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00349 (TJK) |
| v. : | |
| : | |
| JEFFREY REGISTER, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49 of the following exhibits that were provided to the Court and defense counsel on December 28, 2021 via USAfx, and are exhibits to the Government Sentencing Memorandum. (Dkt. 30). These exhibits will be offered into evidence during the sentencing hearing currently scheduled for January 18, 2022. Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The proposed video exhibits are as follows:

1.	Government Exhibit B is a set of three clips, totaling 13:07 in length, from a longer video posted on open-source websites by another rioter who goes by the alias "JaydenX." The three clips are spliced together in this Exhibit, with first and second clips ending at the 7:55 mark and 8:55 mark, respectively. The events depicted in the exhibit occurred on the grounds of the U.S. Capitol on January 6, 2021.

2.	Government Exhibit C is 6:30 of footage from a closed-circuit television camera within the U.S. Capitol Building. The events depicted in the exhibit occurred inside the U.S. Capitol on January 6, 2021.

3.  Government Exhibit D is 2:21 of footage from a closed-circuit television camera within the U.S. Capitol Building. The events depicted in the exhibit occurred inside the U.S. Capitol on January 6, 2021.

4.  Government Exhibit E is 2:59 of footage from a closed-circuit television camera within the U.S. Capitol Building. The events depicted in the exhibit occurred inside the U.S. Capitol on January 6, 2021.

5.  Government Exhibit F is 1:00 of footage from a closed-circuit television camera within the U.S. Capitol Building. The events depicted in the exhibit occurred inside the U.S. Capitol on January 6, 2021.

6.  Government Exhibit G is 2:01 of footage from a closed-circuit television camera within the U.S. Capitol Building. The events depicted in the exhibit occurred inside the U.S. Capitol on January 6, 2021.

7.  Government Exhibit G is 2:00 of footage from a closed-circuit television camera within the U.S. Capitol Building. The events depicted in the exhibit occurred inside the U.S. Capitol on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ William Dreher*
WILLIAM DREHER
D.C. Bar No. 1033828
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101

(206) 553-4579
william.dreher@usdoj.gov