# EXHIBIT 1

Lilyen Register

████████████

Fernandina Beach, FL, ████

1/1/22

The Honorable Timothy J. Kelly

U.S. District Court for the District of Columbia

E. Barrett Prettyman U.S. Courthouse

333 Constitution Ave., N.W.

Washington, DC  20001

Dear Judge Kelly,

Jeffrey Register and I have been married for twelve years and throughout that time he has helped raise our daughter, put me through college, and was there for me while my mother was dying of cancer. When we met, my daughter was only five, and he made a significant difference in our lives by stepping in and assuming the role of father to my daughter, A████. Jeffrey embraced A████ as if she was his own child. Jeffrey was there for every play, performance, birthday, first day of school, and everything-in-between.

When I decided to pursue a degree, Jeffrey began working overtime, and weekend shifts to help support my goals. It was oftentimes difficult, not only financially, but constantly having to adhere to my changing schedule. During that time my mother was diagnosed with colon cancer and had to move in with us. We were living in a small two-bedroom, one-bathroom house at the time. Jeffrey moved us to the dining room so that my mother could have the most comfort staying in our bedroom. Jeffrey would put in long days at work and still come home to help with dinners for the four of us. Jeffrey was always willing to assist with driving her to doctor's visits, and cleaning up. When my mother passed away in 2017, Jeffrey was there to console A████ and myself. Jeffrey aided me in overcoming my mother's death and drove me to finish my degree. I can not begin to describe how grateful I am to have Jeffrey as my life partner. He is a wonderful man who has always treated my daughter and I with the utmost respect. Jeffrey has demonstrated to me that he is always prepared to go above and beyond for his family, no matter how difficult. Jeffrey was the missing piece in our family's puzzle, he has been nothing but supportive.

The Capitol riot has shown to be the most difficult challenge for Jeffrey to overcome. He regrets his involvement and bears responsibility for his actions on January 6th. Although losing his job after thirteen years with the same company was difficult, he promptly began searching for another job so that he could continue to help support our family. It is my hope that you will consider this letter when sentencing my husband. Jeffrey is a wonderful husband and a caring father to my daughter who will be graduating in May of this year. I'm hoping that he will be able to attend.

Thank you for taking the time to read my letter.


Sincerely,

Lilyen Register