**EXHIBIT 4**

Mark J. Comer

St. Johns, FL

Email: ████ @comcast.net

Date:  December 29, 2021

Re:  Court Regarding Jeffrey Register

To: The Honorable Judge Kelly

I am writing on behalf of Jeffrey Register. I have worked with Jeffrey over the past thirteen years in a Warehousing Distribution Center in which he was my direct report. Jeffrey started as a forklift operator and due to his worth ethic and performance became a lead individual within the warehouse.

I have been in the warehousing industry for almost forty years and Jeffery proved to be one of the best operators of equipment I have seen over the years. During his tenure he grew to become a proven leader as well as a trainer of his craft. In this case I believe Jeffrey did not consider the consequences of his actions beforehand but now he has seen the effects of his actions. I believe he has learned a valuable lesson and grown from this experience. There were direct consequences of his actions, such as immediate termination of his employment, as well as continued effects to the decisions that were made. In my opinion he has received punishment as this has already affected his business life as well as personal and it is befitting of the misdemeanors being charged.

It is my hope that this letter, in regard to Jeffrey Register, will be received in a positive light. While I do not condone his actions, I do feel he is a good person deserving of mercy from further punishment.

Sincerely,


Mark J. Comer