IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No: 21-CR-349 TJK |
| JEFFREY REGISTER | : |
| Defendant. | : |

## STIPULATION

The United States of America, by and through William Dreher, Assistant United States Attorney, and the Defendant, Jeffrey Register, and his attorney, Cara Halverson, hereby agree and stipulate as follows.

1. Exhibit A to the Government's sentencing memorandum is a report authored by FBI Task Force Officer Brian Rothermel regarding an interview of the defendant, Jeffrey Register, that occurred on February 24, 2021. Former FBI Task Force Officer Thomas C. Colalillo was also present during the interview.

2. If one of the officers present during the interview testified at Mr. Register's sentencing hearing, he would testify that Register made the following statements during the interview on February 24, 2021: "REGISTER was aware that Congress was in session and that they were in the process of certifying the vote. REGISTER felt as though his presence at the Capitol would help affect Congress's decision. REGISTER wished that they were actually able to make it into the House chamber during the certifying process to show their support for President Trump."

3. Mr. Register believes that the language in Paragraph 2 does not accurately reflect the actual statements made by Mr. Register during the interview on February 24, 2021, and

1

reserves the right to make that argument.

4. The parties are free at sentencing to refer to other statements of Mr. Register's contained in Exhibit A to the government's sentencing memorandum.

Respectfully submitted,

MATTHEW D. GRAVES
Acting United States Attorney
D.C. Bar No. 481052

Date: 1/19/22          By: *[signature]*
WILLIAM DREHER
D.C. Bar No. 1033828
Assistant United States Attorney (Detailed)

Date: 1/18/22          By: *[signature]*
JEFFREY REGISTER
Defendant

Date: 1/18/22          By: *Cara Halverson*
CARA HALVERSON
Attorney for Defendant